**FILED** In the United States District Court
MAR 07 2006 Northern District of Illinois
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory Ashford

**06C 0798**

vs

CASE NO: _____

c/o Luis Rivera, c/o J. Curry,
c/o R. Brown, c/o J. Rinke, Sgt. Selmon,
Lt. Burgess, Lt. Franklin, c/mt. W. Foxon,
c/mt. D. Taylor, c/mt. Russell, c/mt. C. Kiefling,
c/mt. Sandman, c/mt. Polk, c/mt. Borkowski,
Counselor J. Baldwin, Warden Deirorel. Battaglia,
A.R.B
Chair Person S. Bentol

JURY DEMAND!

JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

**RECEIVED**

Complaint

FEB 13 2006

☒ 42 U.S.C. § 1983

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Now comes the plaintiff Gregory Ashford, and states as follows: My address is P.O. Box 112 Joliet Ill, 60434.

The defendant Luis Rivera is employed as Correctional Officer at Stateville Correctional Center, P.O. Box 112 Joliet Ill, 60434

The defendant J. Curry is employed as Correctional Officer at Stateville Correctional Center, P.O. Box 112 Joliet Ill, 60434

The defendant R. Brown is employed as Correctional Officer at Stateville Correctional Center, P.O. Box 112 Joliet Ill, 60434

2)

The Defendant J. Rinke is Employed as Correctional Officer at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant Selmon is Employed as Sergeant at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant Burgess is Employed as Lieutenant at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant Franklin is Employed as Lieutenant at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant W. Foxon is Employed as Medical Technician at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant Taylor is Employed as Medical Technician at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant Russell is Employed as Medical Technician at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

The Defendant C. Kiefling is Employed as Medical Technician at Stateville Correctional Center P.O. Box 112 Joliet Ill, 60434

3)

The Defendant Sandman is employed as Correctional Medical Technician at Stateville Correctional Center p.o. Box 112 Joliet Ill, 60434

The Defendant Polk is employed as Correctional Medical Technician at Stateville Correctional Center p.o. Box 112 Joliet Ill, 60434

The Defendant Borkowski is employed as Correctional Medical Technician at Stateville Correctional Center p.o. Box 112 Joliet Ill, 60434

The Defendant J. Baldwin is employed as Correctional Counselor at Stateville Correctional Center p.o. Box 112 Joliet Ill, 60434

The Defendant Deirdre L. Battaglia is employed as Chief Administrative Officer (Warden) at Stateville Correctional Center p.o. Box 112 Joliet Ill, 60434

The Defendant S. Bental is employed as A.R.B Chairperson of the Illinois Department of Corrections.

4)

## Litigation History

A. The plaintiff has never brought any other lawsuit in state or federal court dealing with the same facts involved here in this complaint, nor any other issues.

### Exhaustion of State Administrative Remedies

Plaintiff filed grievances repeatedly concerning all the facts here in this complaint, by repeatedly sending the grievances to the grievance office, counselor, warden, as well as Administrative Review Board. However the counselor as well as Administrative Review Board both returned plaintiff grievances, stating that they were not submitted in the proper 60 days time frame, which is not true! Because plaintiff continuously submitted his grievances before the so-called 60 day deadline! But such grievances concerning the facts here in was intentionally destroyed and held in attempt to prevent plaintiff from exhausting his Administrative Remedies, to cover up the defendants wrong doings and avoid litigation!

5)

## Statement of Claim

I. Jurisdiction and Venue

1) This is a Civil Rights Action Brought by the plaintiff GREGORY Ashford pursuant to 42 U.S.C § 1983, 1988. Seeking Redress for Civil Rights Violations Suffered by plaintiff due to Malfesant/Misfesant Actions by State Correctional Officials Employed by the Illinois Department of Corrections. Committed while Acting under Color of State/Federal Law, Custom, Policies And Usage in Violation of plaintiff's First, Eight, And Fourteenth Amendment Rights to the United Stats Constitution and Illinois Constitution of 1970. The Court Has Jurisdition pursuant to 42 U.S.C § 1983, 1988, And the Defendants Reside in this District.

2) Each Defendant As Employees of the Illinois Department of Corrections Had A Mandatory Duty to Obey All Federal, State, and Local Laws And Court Decisions. (20 Ill. Adm. Code. Ch I Sec 120.40 (A).) to comply with "I.D.O.C Rules And Written Procedures. (20 Ill. Adm. Code ch I. Sec 120.40 (C)) To Report to the chief Administrative Officer/Warden Any Information Indicating A Violation or Attempted violation of Criminal Laws or A Threat to the Safety and Security of All persons (20 Ill. Adm Code. Ch I Sec. 120, 90) And Completely And Accurately Document Any Unusual

6)

INCIDENT which HE/SHE OBSERVE OR which is REPORTED to HIM/HER INCluDing A physical Assault or excessive USE of FORCE.(20 ILL. ADM. CODE CH I SEC 112,30 E.t SEq)

II. FACTUAL Allegations of Excessive, unnecessary USE oF FORCE, DENIAL oF MEDICAL TREATMENT, FAILURE to INTERVENE to stop FORCE, DELIBERATE INDIFFERENCE.

3) oN <u>July 26, 2005</u> Approx time <u>7:30<sup>AM</sup></u> As the plAINtiFF AWAITED IN the HolDiNg Bull peN to be tAkEN oN His coURt WRit, And to be pROperly IDENTIFIED By the B of I EMployEE's FoR AN photo check up, the plAiNTiFF RESpEctFully EXERciSED His FiRst AMENDMENT Rights to FREE SpEECH By tAlking to ANotHER INMATE About A Legal issue THE DEFENDANT CoRRECtioNAl officeR LuIs RIVERA TolD the plAiNTiFF to "<u>shut thE Fuck up</u>."

4) plAiNTiFF thEN RESpoNDED to the DEFENDANT LuIs RIVERA By tElling him thAt HE (plAiNTiFF) WAS Not tAlking LoUD NoR BotHERiNg ANyoNE And thEN stAtED "<u>you talk to your Fucking kiDs thAt WAy And I'm Not youR kiD</u>"

5) AFTER the plAiNTiFF MADE such stAtEMENt to thE DEFENDANT LuIs RIVERA, The DEFENDANT thEN BEgiN to Become VERy DiSRESpectFul toWARDs thE plAiNTiFF IN A VERy thREATENiNg, tERRoRiFiNg MANNER, By cAlliNg plAiNtiFF Bitch's, HoE's, AND puNk's while Looking vicious At the plAiNtiFF

D).

At this time plaintiff seen where this was going to lead to, so plaintiff while scared ignored the defendant Luis Rivera.

6) After about 5 to 10 minutes of being verbally abused by defendant Luis Rivera, as defendant Luis Rivera seen that he could not get the plaintiff to react to his very disrespectful, unprofessional, misconduct behavior, he became more and more disrespectful towards the plaintiff and begin to get very aggressive, and hostile towards the plaintiff pointing his fingers in plaintiff face and makeing threatening statements to do bodily harm to plaintiff.

7) The defendant then gave plaintiff an direct order to cuff up which the plaintiff did obey such order and cuffed up.

8) After cuffs was placed on plaintiff by the defendant Luis Rivera, he then maliciously and sadistically tighten the hand cuff's onto plaintiff wrist's causeing unwanted infliction of pain onto plaintiff person. Causeing cut off in both wrists and immediately swellness, numbness and bruses.

9) At this time the defendant J. Curry, R. Brown, J. Rinke and Sgt. Selmon walked up and asked whats going on.

10) The defendant Luis Rivera then with out warning lift the plaintiff up off his feet

while plaintiff WAS HAND CUFFED BEhiND His BACK And Body SLAMED plaintiff oNto His BACK So HARD that it FElt As if plaintiff BACK WAS BROKE. Which As A RESult FROM the DEFENDANT LuIS RIVERA Maliciously Body sLAMMiNG oN His BACK that INjuRED plaintiff WRists EVEN MORE the plaintiff to this DAy still SuFFERS FROM SEVERE LOWER ANd uppER BACK pAIN ANd INJURIES which seNds shARp pAIN thRough out plaintiff BACK WhEN EVER HE StANDs up OR MOVES AROUND EVEN WheN the plaintiff LAys DowN.

11.) As the plaintiff LAyED DowN oN the GROuNd iN pAiN, the DEFENDANT's Sgt. SELMON And LuIs RIVERA Both BEgiN to stomp ANd Kick oN the plAiNtiff, As the plAiNtiff WAS LAying DowN oN the FlooR.

12.) As the plaintiff Attempted to get AWAy FROM such BEAtiNg the DEFENDANT Sgt. SELMON pulled FROM His Side A CAN oF MACE ANd REpeAtly spRAyEO the plaintiff INto HIs FACE As the DEFENDANT's LAughED which the plaintiff WAS tEMpERARy BliNDED FOR AppRoximAtely 6½ Hours.

13.) As All of this WAS uNCoNstitutioNAl tAkEN pLACE to CAuse the plaintiff HARM, th DEFENDANTs J. CURRY, R. BROWN, ANd J. RiNKE Just stood thERE ANd WAtChED DEFENDANts Sgt. SELMON ANd LuIs RIVERA CoMMit

9.

unjustified use of force and illegal use of chemical agents upon plaintiff and failed to intervene to stop such illegal misconduct.

14.) After the defendant Sgt. Selmon repeatedly utilized chemical agents against the plaintiff the defendant Lt. Burgess approach plaintiff and identified himself and asked the plaintiff what's going on? The plaintiff then tried to explain to defendant Lt. Burgess what had happen, It was at this time the plaintiff felt two direct hard blows to his face and heard the voice of defendant Luis Rivera state "<u>Take that you loud mouth Bitch</u>."

15.) The plaintiff then felt a third blow to his ribs (left side) and heard the voice of Sgt. Selmon state "<u>You're going to learn to do what you are told punk</u>" and at this time plaintiff realized that he was structed again by defendant Sgt. Selmon and Luis Rivera as defendants Lt. Burgess, J. Curry, R. Brown and J. Rinke had just stood there and watched the assault that was taken place to plaintiff.

16.) The plaintiff was then picked up off the floor and carried all the way to F-House Segregation Unit.

17.) Prior to being carried to F-House Segregation the plaintiff repeatedly requested medical treatment from the defendants Lt. Burgess, Sgt. Selmon,

c/o Luis Rivera, c/o J. Curry, R. Brown and J. Rinke only to be denied by all of them!

18.) As plaintiff arrived at F-House segregation unit and placed in a cell the plaintiff again requested medical treatment to the above mention defendants and was again denied by them all therefore defendants was deliberate indifference to plaintiff serious medical treatment that was needed as plaintiff was suffering painfully.

19.) The plaintiff repeatedly requested medical treatment from the defendant Lt. Franklin as well as other correctional officers of segregation unit F-House defendant Lt. Franklin was telling the plaintiff to "shut the fuck up and that plaintiff got what he deserve for talking to much," Also defendant Lt. Franklin told all the correctional officers working F-House segregation with him to look over plaintiff when plaintiff continually called out to them all.

20) Defendant Lt. Franklin were deliberate indifference to my serious medical needs that resulted in plaintiff suffering from unwanted infliction of pain and enjoyed seeing the plaintiff in pain as they knew plaintiff was suffering.

21) The plaintiff to this day 02-23-05 is still being denied medical treatment for his injuries

to Relieve His pain and suffering! As a Result plaintiff Continues to suffer from (1) Migrain Head Aches, (2) upper and Lower Back pains, (3) numbness and pain on plaintiff's Left and Right wrists which plaintiff feels an tingling sensation which is very Irretating when plaintiff Moves wrists. (4) Brused Left side Rib Cage which are very painful (5) pain on Right side of Face (6) Dizziness and Also psychological and Emotional Distress.

22) The Defendant cmt. W. Foxon, cmt. C. Kiefling, cmt. D. Taylor, cmt. Russell, cmt. Sandman, cmt. Polk and cmt. Borkowski was all made Aware of the Beating of plaintiff, As they also seen plaintiff Injuries and knew He was in Extreme pain Also And needed Medical Treatment. Repeatedly Denied the plaintiff Medical Treatment Daily As He Repeatedly Requested it. Being Deliberate Indifference to plaintiff Serious Medical Needs, calling plaintiff Names such As But Not Limited to "Cry Baby" and wuss And Conspired with the Defendants to Continue to Violate plaintiff Well Established Constitutional Rights By Deny plaintiff Medical Treatment.

23) on 10-12-05, 10-13-05 And 10-17-05 plaintiff again stoped And talked to Defendant cmt. W. Foxon About Receiveing Medical Treatment for His pain and Injuries As she seen them, And Requested Medical Treatment

a)

DEFENDANT W. FOXON REPEATEDLY told plaintiff that THERE WAS NOTHING DEFENDENT W. FOXON could Do FoR plaintiff And plaintiff NEEDS to stop BEiNG A WUSS, As DEFENDANT WAS BEGINNING to wAlk Down the GAllERY plaintiff stATED out Loud to DEFENDANT "ARE You DENying ME MEDICAl tREATMENT"? which DEFENDANT W. FOXON STATED "YES" so what, then walked down the GALLERy. which such Actions CONSTITUTES DELiBERATE INDiFFERENCE.

24) on 10-11-05, 10-13-05, 10-14-05 the plaintiff AgAiN stopED CMT. TAYLoR And REqUESTED MEDICAL TREATMENT FoR His pain And INjuRies As she SEEN them. DEFENDANT TAyloR told plaintiff that THERE WAS Nouthing, DEFENDANT could Do FoR ME FoR tHE INJuRiES plaintiff SUSTAiNED. The plaintiff then Ask the DEFENDANT "ARE you Also DENying ME MEDICAl tREATMENT"? which the DEFENDANT RESPONDED By SAying "yES, Fuck you, you Aint NoBody" which such Action CONSTITUTES DELiBERATE INDiFFERENCE.

25) on 10-17-05, the plaintiff stopED AgAiN DEFENDANT cmt Polk And REqUESTED MEDiCAL tREATMENt FoR His pAiN And InjuRies As DEFENDANT SEEN them. DEFENDANT cmt Polk told plaintiff that THERE WAS Nouthing DEFENDANT could Do FoR the plaintiff And to "LAy down BECAUSE that would HElp EASE the pAiN plaintiff WAS SUFFERING FRom". plaintiff then stATED out Loud to DEFENDANT

(13)

C/O Polk "ARE you Also DENying ME MEDICAl TREATMENT"? which DEFENDANT Polk ADMITTED that HE in FEct wAs DENying plAintiFF MEDICAl TREATMENT And wAlked AwAy LEAVing plAintiFF HElpless In pAin And sUFFERing. Such Action Constitutes DEliberAte INDIFFERENCE.

26.) on 10-17-05 plAintiFF stopeD And REquested MEDICAl TREATMENT FRom DEFENDANT C/O BoRkowski FoR His pAin And InjuRies As the DEFENDANT SEEN them. DEFENDANT BoRkowski INFoRMED the plAintiFF thAt theRE wAs Nothing HE coUld Do FoR plAintiFF. plAintiFF then Asked the DEFENDANT wAs HE DENying plAintiFF Help? which the DEFENDANT BoRkowski stAteD to the plAintiFF "I cAn Do whAt I wAnt And HE (DEFENDANT) stAteD thAt HE wAs In FEct DENying plAintiFF MEDICAl TREATMENT BECAUSE DEFENDANT FElt And stAteD plAintiFF wAs "FUll oF shit" SUch Actions Constitutes DEliberAte INDIFFERENCE, As the DEFENDANT WAlkeD DowN the GAlleRy Avoiding the plAintiFF pleAds FoR MEDICAl TREATMENT.

27) The DEFENDANTS on oR About the Above DAtes As well As otheR DAtes wERE ConstAnly REFUsing to pRovIDE the plAintiFF with MEDICAl TREATMENT As they kNEw HE wAs BEAteN ANd ChEMicAl AgENts wheRE utilizeD AgAinst Him Illegally And thAt plAintiFF sUstAineD NoticAble InjuRies As DEFENDANTs SEEN thEM

14)

And was made aware of plaintiff pain. All of the above mention defendant were deliberate indifferant to plaintiff serious medical needs, and still are. which they all knew that the injuries plaintiff sustained required the attention of an doctor, all of defendants caused the plaintiff to be subjected to unwanted infliction of pain and suffering. In violation of plaintiff constitutional rights to be free from such.

28) plaintiff repeatedly sent letters and grievances to defendants Deirdre L. Battaglia, Counselor J. Baldwin, and A.R.B. chair person concerning plaintiff being beaten, sprayed with chemical agents denied medical treatment, made fun of, and being prevented from exhausting his administrative remedies which the defendants totally disregarded plaintiff pleads and stated the plaintiff did not file his grievances in a timely manner which is 60 days which they all knew that the plaintiff repeatedly submitted his grievances concerning the issues here in this complaint in the proper time frame the defendants Warden Deirdre L. Battaglia, Counselor J. Baldwin, A.R.B S. Bental all conspired with the rest of the defendants to continue to violate the plaintiff constitution rights and assist fellow employees in covering up illegal, unconstitution

treatment against the plaintiff.

29) The plaintiff was written a fabricated disciplinary report alleging that plaintiff assaulted or attempted to assault defendant, as well as other fabricated offenses, which such trumped up false disciplinary charges was pinned on plaintiff, which to cover up the defendants beating and other constitutional violations on plaintiff. The defendant Deirdre L. Battaglia sign off on the summary finding plaintiff guilty as charged when it was well known that plaintiff did not commit the offenses he was found guilty of. But HE (plaintiff) was the one assaulted by defendants and denied medical treatment!

16)

## III. CAUSES OF ACTION

### Count 1

30.) The Actions of Defendants "Luis Rivera, And Sgt. Selmon use of Excessive Force Maliciously And Sadistically to cause plaintiff serious harm and Denial of Medical Treatment on 7-26-05 violated the plaintiff Rights under the Eight Amendment of the United States Constitution.

### Count 2

31.) The Actions of Defendants J. Curry, R. Brown, J. Rinke And Lt. Burgess Failure to Intervene And stop Defendants use of Force on plaintiff And Denial of Medical Treatment on 7-26-05 violated the plaintiff Rights under the Eight Amendment of the United States Constitution.

### Count 3

32.) The Actions of Defendant Lt. Franklin Denial of plaintiff Medical Treatment And Failure to Report plaintiff Injuries As well As Report Defendants Beating on plaintiff As "Franklin was made Aware By Defendants As well As plaintiff, And Made Vicious comments concerning plaintiff Being Beat And Requesting Medical Treatment. constituted Deliberate Indifference in Violation of plaintiff Rights under the Eight Amendment of the United States Constitution.

17)

## Count 4

33.) The Actions of Defendant C/Mt. Foxon, C/Mt. Taylor, C/Mt. Russell, C/Mt. Kiefling, C/Mt. Sandman, C/Mt. Polk and C/Mt. Borkowski, failure to provide plaintiff with medical treatment and report and document plaintiff injuries to assist in covering up beating and other constitutional violations on plaintiff by correctional staff members and to see plaintiff continue to suffer, when they all knew that plaintiff was beaten and in serious pain, as they seen plaintiff injuries and informed of his pain repeatedly. Constitutes deliberate indifference in violation of plaintiff rights under the Eight Amendment of the United States Constitution.

## Count 5

34) The Actions of Defendants Deirdre L. Battaglia, J. Baldwin and A.R.B Chair Person S. Bento, repeatedly refusing to acknowledge plaintiff complaints to seek medical treatment, protect plaintiff ~~complaints~~ health and safety, and discipline defendants who continuously violated plaintiff rights as they very well knew of and repeatedly refusing to acknowledge the legitimate grievances filed by plaintiff when he repeatedly sent them to defendants also failing to force officials here at Stateville correctional center to acknowledge and answer plaintiff grievance or answer them theirselves due to the fact that officials here

18)

At Stateville Corr. Ctr. repeatedly destroyed plaintiff grievance numerous of times, to prevent plaintiff from exhausting his administrative remedies, to cover up beating and denial of treatment for the defendants, which they very well knew and condone, and also maintained the myth that plaintiff grievances was untimely, constituted a violation to plaintiff right to due process, deliberate indifference and his right to petition/re-address of his grievances, in violation of plaintiff right under the First, Eight, and 14th Amendment of the United States Constitution.

19)

## IV. PRAYER FOR RELIEF

Wherefore Plaintiff Respectfully Requests that the Court (1) Award Compensatory Damages Jointly and Severally Against the Defendants for physical and emotional injuries plaintiff sustained as a Result of the deprivation of His Constitutional Rights.

That the Court (2) Award punitive Damages Against the Defendants for their Deliberate Indifference to the Rights of plaintiff, And other Constitutional violations Against the plaintiff;

And plaintiff Request that the Court (3) Grant such other Relief As it May Appear that plaintiff is Entitled.

December 23, 2005

Respectfully Submitted
X ~~Gregory Ashford~~
GREGORY ASHFORD
ID# B42395
Stateville Corr, Cir
P.O. Box 112
Joliet Ill, 60434

"JURY DEMAND!"